# Court of Appeals
# of the State of Georgia

ATLANTA,  September 29, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0717.  IN THE INTEREST. OF L. G., ET AL., CHILDREN (MOTHER).**

On December 2, 2022, we granted the mother's application for discretionary appeal in this case. This appeal was docketed on December 9, 2022. In accordance with Court of Appeals rules, we granted the mother's application for discretionary review without the benefit of the full appellate record, including the transcript of the termination hearing; however, because the record supports the order of the court below, we conclude that the application for discretionary appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/29/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*